No. 80–1358.  THOMPSON ET AL. *v.* PEOPLES LIBERTY BANK. Ct. App. Ky.  Certiorari denied.

No. 80–1359.  FLAGG *v.* UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 80–1364.  ISKE *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.

No. 80–1382.  MARX ET AL. *v.* COMPUTER SCIENCES CORP. C. A. 9th Cir.  Certiorari denied.

No. 80–1388.  DOWE *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 80–1392.  JOHNSON *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 80–1395.  BRADLEY ET AL. *v.* J. F. BATTE & SONS OF RICHMOND, INC., ET AL.; and LAFAYETTE, INC., ET AL. *v.* J. F. BATTE & SONS OF RICHMOND, INC., ET AL.  Sup. Ct. Va.  Certiorari denied.  Reported below: 221 Va. lxviii (first case); 221 Va. cxii (second case).

No. 80–1399.  BERNDT *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA.  C. A. 7th Cir.  Certiorari denied.

No. 80–1401.  MALANCHE *v.* AMERICAN MOTORS CORP. C. A. 7th Cir.  Certiorari denied.

No. 80–1404.  EHLERS *v.* BOGUE ET AL.  C. A. 5th Cir. Certiorari denied.

No. 80–1405.  SHAPIRO ET AL. *v.* GENERAL MOTORS CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.